Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 9 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 23 2008

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED

JUL 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION          MDL No. 1769

C 08-2722 JCS

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-63)**

On July 6, 2006, the Panel transferred 87 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 447 F.Supp.2d 1376 (J.P.M.L. 2006). Since that time, 544 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Florida and assigned to Judge Conway.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUL - 9 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida

By: _____
Deputy Clerk

Case 6:06-md-01769-ACC-DAB Document 1046 Filed 07/20/2008 Page 2 of 5
Case 3:08-cv-02722-JCS Document 4 Filed 07/14/2008 Page 2 of 3

Page 1 of 2

IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION          MDL No. 1769


## SCHEDULE CTO-63 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**              **CASE CAPTION**

CALIFORNIA CENTRAL
   CAC 2 08-3239          Leonard Collier v. AstraZeneca Pharmaceuticals, LP, et al.

CALIFORNIA NORTHERN
   CAN 3 08-2493          Alice Gevarter v. AstraZeneca Pharmaceuticals, LP, et al.
   CAN 3 08-2722          Carol Yates v. AstraZeneca Pharmaceuticals, LP, et al.
   CAN 3 08-2723          Richard Mora v. AstraZeneca Pharmaceuticals, LP, et al.
   CAN 3 08-2724          Deborah Owens v. AstraZeneca Pharmaceuticals, LP, et al.

INDIANA SOUTHERN
   INS 2 08-204           Shelley L. Badger v. AstraZeneca Pharmaceuticals, LP, et al.

KENTUCKY WESTERN
   KYW 4 08-68            Mendy Jones v. AstraZeneca Pharmaceuticals, LP, et al.
   KYW 4 08-69            Trent Burden v. AstraZeneca Pharmaceuticals, LP, et al.

LOUISIANA EASTERN
   LAE 2 08-3597          Arthur Cole v. AstraZeneca Pharmaceuticals, LP, et al.

LOUISIANA MIDDLE
   LAM 3 08-328           Cora Hurst v. AstraZeneca Pharmaceuticals, LP, et al.

MARYLAND
   MD 1 08-1382           Thomas Moore v. AstraZeneca Pharmaceuticals, LP, et al.
   MD 8 08-1383           Arnita Cole v. AstraZeneca Pharmaceuticals, LP, et al.

MINNESOTA
   MN 0 08-1476           Jerry Griggs v. AstraZeneca Pharmaceuticals, LP, et al.
   MN 0 08-1529           Lizzie Bailey v. AstraZeneca Pharmaceuticals, LP, et al.
   MN 0 08-1546           Joycelyn Abbey v. AstraZeneca Pharmaceuticals, LP, et al.
   MN 0 08-1548           James Sharp v. AstraZeneca Pharmaceuticals, LP, et al.

MISSISSIPPI SOUTHERN
   MSS 2 08-121           Tony E. Holloway v. AstraZeneca Pharmaceuticals, LP, et al.
   MSS 3 08-342           William Freemyer v. AstraZeneca Pharmaceuticals, LP, et al.
   MSS 4 08-54            Helen Pickens v. AstraZeneca Pharmaceuticals, LP, et al.

**MDL No. 1769 - Schedule CTO-63 Tag-Along Actions (Continued)**                                  Page 2 of 2

### DIST. DIV. C.A. #              ### CASE CAPTION

**TENNESSEE MIDDLE**
| | |
|---|---|
| TNM 2 08-48 | Ronnie Franklin v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNM 2 08-49 | Thomasina Young v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNM 3 08-540 | Trudy Adcock v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNM 3 08-541 | Patricia Hall v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNM 3 08-542 | Michael McInturff v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNM 3 08-543 | Lisa Sanders v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNM 3 08-544 | Terry Gallina v. AstraZeneca Pharmaceuticals, LP, et al. |

**TENNESSEE WESTERN**
| | |
|---|---|
| TNW 2 08-2332 | Lyman Hudson v. AstraZeneca Pharmaceuticals, LP, et al. |
| TNW 2 08-2353 | Rodney Childress v. AstraZeneca Pharmaceuticals, LP, et al. |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young U.S. Courthouse
and Federal Building
Office of the Clerk
401 W. Central Boulevard, Suite 1200
Orlando, Florida 32801
407/835-4200

Sheryl L. Loesch
Clerk

Laura Barsamian
Orlando Division Manager

July 16, 2008

Mr. Richard W. Wieking, Clerk
United States District Court
Phillip Burton United States Courthouse
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3434

RE:   MDL-1769 – In Re: Seroquel Products Liability Litigation

Dear Mr. Wieking:

Enclosed is one certified copy of an order filed by the Panel under 28 U.S.C. § 1407. Section 1407 requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred." A copy of Rule 1.6, R.P.J.P.M.L., 120 F.R.D. 251, which deals specifically with the transfer of files, is enclosed for your convenience.

Please either send your original files below and certified copies of the docket sheets to this address: **U.S. District Court, Office of the Clerk, 401 West Central Blvd., 120, Orlando, FL, 32801-0120;** or, if the cases are completely electronic and all documents can be retrieved from PACER, you can email a cover letters and certified docket sheets to me at **Lisa_Maurey@flmd.uscourts.gov** and Mollie Pleicones at **Mollie_Pleicones@flmd.uscourts.gov.**

      Due to the large volume of cases, it would be very much appreciated if you could be sure to reference the <u>Middle District of Florida's case number</u> on each of your cases.

      If you have any questions, please contact me at 407-835-4203.

                                      Sincerely,

                                      Lisa A. Maurey,
                                      Deputy Clerk

Enclosures
c:    Michael J. Beck, Clerk, MDL Panel

| CASE STYLE | NDCA CASE NUMBER | MD FL CASE NUMBER |
|---|---|---|
| Gevarter v. AstraZeneca | 3:08-cv-2493 EDL | 6:08-cv-1130-Orl-22DAB |
| Yates v. AstraZeneca | 3:08-cv-2722 JCS | 6:08-cv-1131-Orl-22DAB |
| Mora v. AstraZeneca | 3:08-cv-2723 JCS | 6:08-cv-1132-Orl-22DAB |
| Owens v. AstraZeneca | 3:08-cv-2724 EMC | 6:08-cv-1133-Orl-22DAB |