**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 25, 2008

United States District Court
for the Middle District of Florida
Office of the Clerk
401 W. Central Boulevard, Suite 1200
Orlando, Florida 32801

RE: CV 08-02722 JCS  CAROL YATES-v-ASTRAZENECA PHARMACEUTICALS
**6:08-cv-1131-Orl-22DAB**

Dear Clerk,

 Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☐ Certified copy of docket entries.
- ☐ Certified copy of Transferral Order.
- ☐ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

 Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*(signature: Gina Agustine)*

by: Gina Agustine-Rivas
Case Systems Administrator

Enclosures
Copies to counsel of record

ADRMOP, CLOSED, E-Filing, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-02722-JCS
### Internal Use Only

| | |
|---|---|
| Yates v. Astrazeneca Pharmaceuticals, LP et al | Date Filed: 05/30/2008 |
| Assigned to: Magistrate Judge Joseph C. Spero | Date Terminated: 07/22/2008 |
| Cause: 28:1332 Diversity-Personal Injury | Jury Demand: Plaintiff |
| | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Carol Yates**  represented by  **David Christian Andersen**
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
(540) 672-4224
Fax: 540-672-3055
Email: dandersen@doctoratlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Astrazeneca Pharmaceuticals, LP**

**Defendant**

**AstraZeneca LP**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2008 | 1 | CIVIL COMPLAINT; Jury Trial Demanded against Astrazeneca Pharmaceuticals, LP, AstraZeneca LP (Filing fee $ 350.00, receipt number 34611019685). Filed by Carol Yates. (gba, COURT STAFF) (Filed on 5/30/2008) (Additional attachment(s) added on 7/25/2008: # 1 Complaint) (gba, COURT STAFF). (Entered: 05/30/2008) |
| 05/30/2008 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 9/5/2008. Case Management Conference set for 9/12/2008 01:30 PM. (Attachments: # 1 CMC Standing Order, # 2 JCS Standing Order, # 3 New Standing Order)(gba, COURT STAFF) (Filed on 5/30/2008) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 05/30/2008) |
| 05/30/2008 | 6 | Summons Issued as to Astrazeneca Pharmaceuticals, LP, AstraZeneca LP. (gba, COURT STAFF) (Filed on 5/30/2008) (gba, COURT STAFF). (Entered: 05/30/2008) |
| 05/30/2008 |  | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 5/30/2008) (Entered: 05/30/2008) |
| 06/16/2008 | 3 | CLERK'S NOTICE TO PLAINTIFF RE: Consent or Declination to Proceed before the U.S. Magistrate Judge. Form due by June 30, 2008. (klh, COURT STAFF) (Filed on 6/16/2008) (Entered: 06/16/2008) |
| 07/22/2008 | 4 | MDL ORDER (CTO-63) TRANSFERRING CASE to Middle District of Florida. In Re: MDL-1769 - In Re: Seroquel Products Liability Litigation. **6:08-1131-Orl-22DAB** (gba, COURT STAFF) (Filed on 7/22/2008) (Entered: 07/25/2008) |
| 07/25/2008 | 5 | CLERK'S NOTICE: Copy of docket sheet and transmittal letter emailed to Lisa Maurey re: **6:08-cv-1131-Orl-22DAB**. (gba, COURT STAFF) (Filed on 7/25/2008) (Entered: 07/25/2008) |